MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

RECEIVED
11 FEB 23 AM 9:43
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Debtor:    Ernest and Anthonia Onyia

Chapter 7 Case No.    10-40636-RJK

Please Check One:

xxx    Unclaimed Dividends

____    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| SELECT PORTFOLIO SERVICES<br>P O BOX 65250<br>SALT LAKE CITY, UT 84165 | 7 | 33,796.00 | 10.91 |

DATED: February 18, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

10-135